# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LACEY ROGERS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COMMISSIONER SOCIAL )<br>SECURITY ADMINISTRATION, )<br>)<br>Defendant. ) | Case No. CIV-13-0117-F |

## ORDER

Plaintiff Lacey Rogers brings this action seeking judicial review pursuant to 42 U.S.C. §405(g) of the final decision of the defendant Commissioner denying plaintiff's application for benefits under the Social Security Act. Magistrate Judge Shon T. Erwin issued a Report and Recommendation on October 31, 2014, doc. no. 26, (the Report), recommending that the Commissioner's decision be reversed and remanded for further administrative proceedings. The Report advised the parties of their right to file written objections to the Report by November 13, 2014. The Report also advised that failure to make timely objection to the Report waives appellate review of the factual and legal issues addressed in the Report. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

The court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of the Magistrate Judge as stated in the Report. The Commissioner's decision denying benefits is **REVERSED** and **REMANDED**.

Dated this 14th day of November, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0117p002.wpd